IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CBST Acquisition, LLC,

   Plaintiff(s),

  vs.

PNC Bank, NA,

   Defendant(s).

Case Number: 1:19cv6

Judge Susan J. Dlott

## ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on June 25, 2019 a Report and Recommendation (Doc. 17). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 19) and defendant filed a response to the objections.

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, the PNC defendants' motion to dismiss (Doc. 8) is GRANTED. This case is hereby DISMISSED from the docket of this Court.

It is further ORDERED that plaintiff's counsel is directed by separate Order to "show cause" why the filing of certain allegations and claims in this case does not violate Rule 11(b).

IT IS SO ORDERED.

*Susan J. Dlott*
Judge Susan J. Dlott
United States District Court