# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

CBST Acquisition, LLC
    Plaintiff,

vs                             Case Number: 1:19-cv-6

PNC Bank, NA,                     (Dlott)

    Defendant

## JUDGMENT IN A CIVIL CASE

**Jury Verdict.**     This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**     **Decision by Court.**     This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:** The Court has reviewed the Report and Recommendations [17] and hereby ADOPTS said Report and Recommendation. Accordingly, PNC defendants' motion to dismiss is GRANTED. This case is hereby DISMISSED from the docket of this Court.

August 28, 2019

                                            Richard W. Nagel, Clerk of Court

                                            By  <u>s/Jennifer Webster</u>
                                                     Deputy Clerk